UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| DALLAS GOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:17-CV-272-REW |
| v. | ) | |
| | ) | JUDGMENT |
| JUSTIN MURAVCHICK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously herewith, the Court hereby **ORDERS** and **ADJUDGES** as follows:

(1) The Court enters **JUDGMENT** in favor of Defendants on all claims;

(2) The Court enters **JUDGMENT** against Plaintiff on all claims;

(3) The Court **DENIES AS MOOT** all pending motions and requests for relief not resolved prior to Judgment entry;

(4) The Court **CONTINUES GENERALLY** all scheduled proceedings;

(5) This is a final Judgment as to the rights and liabilities of all claims and parties, and any previous interlocutory rulings now are final; and

(6) The Court **STRIKES** this matter from the active docket.

This the 20th day of September, 2018.

Signed By:
*Robert E. Wier* REW
United States District Judge

1